# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

DAVID C. BIGI, et al.,

       Plaintiffs,            :         Case No. 3:11-cv-229

                                   District Judge Thomas M. Rose
   -vs-                             Magistrate Judge Michael R. Merz

                                 :

DETECTIVE ROBERT LARGE, et al.,

       Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

       The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #23), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections unde Fed. R. Civ. P. 72(b) has expired, and for good cause shown upon the Court's de novo review, hereby ADOPTS said Report and Recommendations.

       Accordingly, it is ORDERED that the Clerk enter judgment DISMISSING the Amended Complaint with prejudice.

January 18, 2012.                                   *s/THOMAS M. ROSE*

                                                          Thomas M. Rose
                                               United States District Judge